| DEBTOR AND ACCOUNT NUMBER | | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|---|
| 00-02-10692 GALE B. & CHERYL V. DAVIS | | 75.14 | 0.00 | -75.14 |
| PROVIDIAN | UNCLAIMED FUNDS | | Claim #014 | |
| Totals: | | 75.14 | 0.00 | |

Providian Financial
P.O. Box 10457
Greenville, SC 29603-0467